■ ERNEST KLEIN, Appellant, v. MAYOR OF THE CITY OF YONKERS et al., Respondents, and LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Intervenor-Respondent.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.